■ In the Matter of CHRISTOPHER COSTA, Petitioner, v POLICE DEPARTMENT OF THE CITY OF NEW YORK, Respondent. [715 NYS2d 65] —Determination of respondent Police Commissioner dated June 24, 1999, which dismissed petitioner from his position as a police officer, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Eileen Bransten, J.]), entered on or about February 29, 2000), dismissed, without costs.

The penalty of dismissal, based upon, among other things, petitioner's operating an unregistered, uninspected and uninsured car with a suspended driver's license, and stealing registration and inspection stickers from vouchered and abandoned cars to replace his own expired stickers, does not shock our sense of fairness (*cf.*, *Matter of Alfieri v Murphy*, 38 NY2d 976). Concur—Sullivan, P. J., Rosenberger, Tom, Wallach and Andrias, JJ.